# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2282
LT Case No. 42-2024-DP-000013

———————————————

M.H. and H.H.,

    Appellants,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES and K.D.G., Father of
E.A.G., a Child,

    Appellees.

———————————————

On appeal from the Circuit Court for Marion County.
Stacy M. Youmans, Judge.

Jon J. Johnson, of Older Lundy Koch & Martino, Tampa, for
Appellants.

Darby F. Hertz and Mackenzie Badger, of Hertz &
Kearns, Gainesville, for Appellee, K.D.G., Father.

Rachel Batten, of Department of Children and Families,
Brooksville, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney of Appellate Division, of
Statewide Guardian ad Litem Office, Tallahassee, for Guardian
ad Litem o/b/o E.A.G.

November 4, 2025

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____